IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KAREN KING                                                                                 PLAINTIFF

                v.               Civil No. 3:11-cv-03056-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the undersigned hereby reverses the decision of the Commissioner and remands this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until thirty days after the judgment becomes "not appealable," i.e., thirty days after the sixty-day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 19th day of September 2012.

                                                        /s/ *J. Marschewski*
                                             HONORABLE JAMES R. MARSCHEWSKI
                                             CHIEF UNITED STATES MAGISTRATE JUDGE